COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Jeannie Lee v. Kin K. Lee

Appellate case number:    01-14-00551-CV

Trial court case number:   356017

Trial court:              County Court at Law No. 7 of Bexar County

Appellant, Jeannie Lee, has filed a motion requesting "an additional 60 days in which to file the transcript" and "an additional six days in which to finalize the processing of my appeal transcript and the filing of the necessary paperwork to process my appeal." We grant appellant's motion in part and dismiss the motion as moot in part.

Appellant appeals from a trial court judgment, signed on March 27, 2014, and filed her notice of appeal on June 18, 2014. The clerk's record was filed in this Court on September 26, 2014. On December 3, 2014, volume three of a five-volume reporter's record was filed. On January 8, 2014, the Clerk of this Court notified appellant that unless she provided written evidence from the court reporter showing that the fee for the remainder of the reporter's record had been paid or arrangements to pay the fee had been made, or proof that she is entitled to proceed without payment of costs by January 22, 2015, the Court might require appellant to file her brief and might consider and decide the appeal on the record filed in this Court. On January 21, 2015, the court reporter filed volumes one, two, four and five of the reporter's record. Because a record has been filed in this Court, we dismiss appellant's request for additional time to file the transcript and finalize the processing of the transcript as moot. *See* TEX. R. APP. P. 34.1.

Appellant's brief was due to be filed with this Court on February 20, 2015. *See* TEX. R. APP. P. 38.6(a). To the extent that appellant's request for additional time for "filing the necessary paperwork to process" her appeal is a request for additional time to file her appellant's brief, we grant the motion and extend the time for filing appellant's brief. *See* TEX. R. APP. P. 38.6(d). **Appellant's brief is due to be filed with this Court within 30 days from the date of this order.**

It is so ORDERED.

Judge's signature: _/s/ Terry Jennings
        ☒  Acting individually

Date:  March 31, 2015